# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF ILLINOIS



JEFFERY TODD HENSON

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Danville, Illinois Police Dept.
City of Indianapolis, Illinois Police Dept.
P. Wilson (Detective)
R. Dunham (Detective)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jeffery Todd Henson
   All other names by which you have been known: Jeff Henson
   ID Number: 23187-026
   Current Institution: Forrest City FCI (Low)
   Address: PO Box 9000
   Forrest City, AR 72336-9000

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: City of Danville Police Department
   Job or Title (if known): N/A
   Shield Number: N/A
   Employer: N/A
   Address: 17 W. Main Street
   Danville, IL 61832
   ☐ Individual capacity  ☒ Official capacity

   Defendant No. 2
   Name: City of Indianapolis Police Department
   Job or Title (if known): N/A
   Shield Number: NA
   Employer: 25 West 9th St.
   Address:
   Indianapolis, IN 46204
   ☐ Individual capacity  ☒ Official capacity

Page 2 of 11

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3
- Name: P. Wilson
- Job or Title (if known): Detective
- Shield Number: 366
- Employer: Danville Police Department
- Address: 17 W. Main St.
  - City: Danville
  - State: IL
  - Zip Code: 61832

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
- Name: R. Dunham
- Job or Title (if known): Detective
- Shield Number: 373
- Employer: Danville Police Department
- Address: 17 W. Main St.
  - City: Danville
  - State: IL
  - Zip Code: 61832

☒ Individual capacity    ☒ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, US Constitution 6th + 8th Amendments. US Constitution 4th Amendment, Rule 41, 18 US Code Chapter 109, Violation of federal Civil rights law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

_____NIA_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants violated my federal civil rights. Defendants violated my 4th Amendment rights, Rule 41, Depriving me of my civil rights.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☒ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The Indianapolis Police turned over Property to The Danville IL Police w/o a warrant. Property was not on my Person. Detectives Dunham + Wilson/Danville IL Police Confiscated my property w/o a warrant. Search warrants were obtained after the Confiscations. Defendants will not return my Property and Plaintiff is being deprived of his property.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____NIA_____

Page 4 of 11

▬▬ Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

    C.      What date and approximate time did the events giving rise to your claim(s) occur?

11/26/2019 @ 12:00 AM + 12/03/2019 (Prior to 10:10 AM)

    D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

① Property ($17,390.00 USD, Iphone, Chargers) Confiscated (Not on Person) Without a Warrant.

② Property (Mercedes) Confiscated (NOT on Person), without a Warrant. Vehicle was never returned, later repossessed.

Warrants received after the Confiscations.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NONE

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Order the return of plaintiff's Iphone + Assorted Chargers.

② Reimburse the plaintiff's $17,390.00 USD + interest.

③ Reimburse the plaintiff's equity $50,000.00 USD + interest in Mercedes, which was illegally confiscated, never returned, later repossessed.

Order returning Iphone + Chargers, $17,390 + interest, $50,000 + interest, plus Court Costs.

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No    N/A

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know    N/A

If yes, which claim(s)?

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No   N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No   N/A

E. If you did file a grievance:

1. Where did you file the grievance?

    NA

2. What did you claim in your grievance?

    N/A

3. What was the result, if any?

    N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    _Did not occur in jail. N/A_

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _N/A_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _N/A_

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Jeffery T. Henson
   Defendant(s)   The City of Danville Police Department

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Vermilion County Court, Illinois

3. Docket or index number
   22-SC-336

4. Name of Judge assigned to your case
   Honorable Judge Goodwin

5. Approximate date of filing lawsuit
   6/02/2022

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition.   8/10/2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed, Judgement entered, appealing.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   NO

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous ~~lawsuit~~ Criminal Case
   Plaintiff(s)   Vermilion County - Illinois
   Defendant(s)   Jeffery Todd Henson

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Vermilion County, Illinois

3. Docket or index number
   2019 CF 670

4. Name of Judge assigned to your case
   Honorable Judge Hall

5. Approximate date of filing ~~lawsuit~~ Charges
   11/21/2019

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition   8/07/2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed. Writ of Replevin Denied on return of $.

E. Post Judgment Citation Hearing.

US v. Jeffery T. Henson
20-CR-20049
Central District IL (Urbana)
Honorable Judge Eric Long
8/22/2022

Page 10 of 11

Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/22/2022

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jeffery T. Henson
Prison Identification #: 23187-026
Prison Address: Forrest City FCI (Low) PO Box 9000
Forrest City, AR 72336-9000

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number: 256-476-1599
E-mail Address: N/A

23187-026
Jeffery T Henson Sr.
PO BOX #9000
#23187-026
Forrest CITY, AR 72336
United States

★New 1983 filing

US Federal Courthouse
Central District- Urbana
201 S. Vine St.
Urbana, Illinois 61802-3348
Attention: Federal Clerk